

# United States District Court
# Eastern District of California

Ader Otoniel LOPEZ

Plaintiff(s)

V.

Christopher Chestnut et al.

Defendant(s)

Case Number:  1:26-cv-01372-JLT-HBK

ORDER ARRPOVING
APPLICATION FOR PRO HAC VICE

Doc. 2

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kathy Rebecca Davis hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Ader Otoniel LOPEZ

On _____05/30/2023_____ (date), I was admitted to practice and presently in good standing in the _____Supreme Court of Virginia_____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date:_____02/04/2026_____          Signature of Applicant: /s/ _Kat ly Dav is_____

**Pro Hac Vice Attorney**

Applicant's Name:          Kathy Rebecca Davis

Law Firm Name:           Law Offices of Jay S. Marks, LLC

Address:                        10770 Columbia Pike, Suite 200

City: Silver Spring          State: M D     Zip: 20901

Phone Number w/Area Code: (301) 578-4444

City and State of Residence: Westminister, Maryland

Primary E-mail Address:   kathy@marksjustice.com

Secondary E-mail Address: krdavis7771@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:    Natalia Santanna

Law Firm Name:           Santanna Law Offices

Address:                        1900 Fruitvale Avenue

                                    Suite 3F

City: Oakland                State: CA     Zip: 94601

Phone Number w/Area Code: (510) 922-0154          Bar # 337502

## ORDER

The Pro Hac Vice Application is APPROVED.  Doc.  2  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/20/2026

_Helen M. Barsh-Kuchta_
JUDGE, U.S. MAGISTRATE JUDGE