**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADER OTONIEL LOPEZ, | ) Case No.: 1:26-cv-01372 JLT HBK (HC) |
| Petitioner, | ) A File No.:  221-489-564 |
| v. | ) ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS |
| CHRISTOPHER CHESTNUT, Field Office Director, California City, Office of Detention and Removal, et al., | ) (Docs. 1, 12) |
| Respondents. | ) |

Ader Otoniel Lopez is an immigrant detainee in U.S. Immigration Customs and Enforcement custody at the California City Detention Center in California City, California, proceeding with counsel on his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1.)

On April 3, 2026, the assigned magistrate judge issued Findings and Recommendations to grant the Petition. (Doc. 12.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 14 days. (*Id*.) In addition, the Court advised "that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*at 5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)).

On April 8, 2026, Respondents timely filed objections, reiterating the "reasons set forth in [their] previous briefing" and noting that their position is consistent with recent decision by from

1

Eight Circuit Court of Appeals and Fifth Circuit Court of Appeals. (Doc. 13.) On April 9, 2026, Petitioner filed a "notice of acceptance of the findings and recommendations of the Magistrate Judge." (Doc. 14.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis, though the Court departs slightly from the recommendation as to the nature of the bond hearing that must be provided. *See R.P.V. v. Wofford*, No. 1:26-CV-01010 JLT EPG (HC), 2026 WL 494748, at *2 (E.D. Cal. Feb. 23, 2026); *Lopez v. Chestnut*, No. 1:26-CV-01455-JLT-EPG, 2026 WL 640887, at *1 (E.D. Cal. Mar. 6, 2026).

Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 3, 2026 (Doc. 12) are **ADOPTED** in full;

2. The petition for writ of habeas corpus (Doc. 1) is **GRANTED**.

3. Respondents are **ORDERED** to (1) provide Petitioner with a substantive bond Within 10 days of the date of this Order, Respondents **SHALL** (1) provide Petitioner with a substantive bond hearing pursuant to 8 U.S.C. § 1226(a), at which the parties will be allowed to present evidence and argument about whether Petitioner is a danger to the community and/or presents a flight risk if not detained, or (2) release Petitioner from custody under reasonable conditions of supervision.

4. The Clerk of the Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Dated:   **April 17, 2026**

UNITED STATES DISTRICT JUDGE

2